**Electronically Filed
Supreme Court
SCWC-18-0000098
01-DEC-2021
08:51 AM
Dkt. 9 ODAC**

SCWC-18-0000098

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HSBC BANK USA, NATIONAL ASSOCIATION,
AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC.,
MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-5,
Respondent/Plaintiff-Appellant,

vs.

ROBERT M. GILLESPIE, JR.,
Petitioner/Defendant-Appellee,

and

MERIDIAN FINANCIAL NETWORK, INC.;
STATE OF HAWAIʻI - DEPARTMENT OF TAXATION;
UNITED STATES OF AMERICA,
DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE;
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000098; CIV. NO. 2CC141000420)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellee's Application for Writ of Certiorari, filed on October 6, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 1, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

